The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-00175 RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| ADRIAN OROZCO, | |
| Defendant. | |

The Court has considered the parties' Stipulated Motion to Continue Trial Date, requesting a continuance of the trial date and pretrial motions deadline. In light of the circumstances presented in the parties' motion,

THE COURT FINDS that the failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for case preparation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial.

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Accordingly, IT IS ORDERED that the parties' Stipulated Motion (Dkt. #19) is GRANTED. The trial in this matter is continued from November 25, 2019 to March 23, 2020.

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of March 23, 2020, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS FURTHER ORDERED that all pretrial motions, including motions in limine, shall be filed no later than February 6, 2020.

DATED this 23rd day of October, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE AND
PRETRIAL MOTIONS DEADLINE - 2

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com